United States District Court
Southern District of Texas
**ENTERED**
January 19, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MELQUIADES MENDIOLA, JR.,  §<br>Plaintiff, §<br> §<br>VS. §<br> §<br>CAMERON COUNTY DISTRICT §<br>ATTORNEY'S OFFICE, ET AL., §<br>Defendants. § | CIVIL NO. B-16-007 |

# ORDER

Pending is the Magistrate Judge's December 6, 2016, Magistrate Judge's Report and Recommendation [Doc. No. 14]. No objections have been lodged by either side and the time for doing so has expired.

Having reviewed the Report and Recommendation for plain error and having found none, it is the opinion of the Court that the Magistrate Judge's Report and Recommendation is hereby adopted. Therefore, Melquiades Mendiola Jr.'s complaint [Doc. No. 1] is dismissed with prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(I) for being frivolous. Alternatively, Mendiola's petition is dismissed for failure to comply with the Court's order to pay the appropriate fee.

Signed this 18th day of January, 2017.

Andrew S. Hanen
United States District Judge